# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Tharo Systems, Inc., | ) | CASE NO:    1:07-cv-00423 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| vs. | ) | NANCY A. VECCHIARELLI |
| | ) | |
| cab Produkttechnik GmbH & Co. KG, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |
| | ) | |

Judgment is entered in favor of Plaintiff, Tharo Systems, Inc. on Count II of its First Amended Complaint for Declaratory Judgment (Doc. No. 16).  Any claim to the source code for the Easylabel software, asserted by cab against Tharo, is barred by cab's failure to assert the claim in the prior litigation between the parties.

Count I of Plaintiff's First Amended Complaint for Declaratory Judgment (Doc. No. 16) is dismissed.

The defendant shall pay the costs of this action.

**IT IS SO ORDERED.**

> *s/Nancy A. Vecchiarelli*
> United States Magistrate Judge

DATE: November 29, 2007